Julian **GONZALEZ–RAMIREZ**; Maria Guadalupe Lupercio–Luna, Petitioners,

v.

Eric H. **HOLDER** Jr., Attorney General, Respondent.

No. 07–74809.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 24, 2010.

Garish Sarin, Esquire, Law Offices of Garish Sarin, Los Angeles, CA, for Petitioners.

Lisa Marie Arnold, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Julian Gonzalez–Ramirez and Maria Guadalupe Lupercio–Luna, husband and wife and natives and citizens of Mexico, petition for review of the Board of Immigration Appeal's ("BIA") order denying their motion to reopen immigration pro-

ceedings. We dismiss the petition for review.

The evidence petitioners presented with their motion to reopen concerned the same basic hardship grounds as their application for cancellation of removal. *See Fernandez v. Gonzales,* 439 F.3d 592, 602–03 (9th Cir.2006). We therefore lack jurisdiction to review the BIA's discretionary determination that the evidence was insufficient to establish a prima facie case of hardship. *See id.* at 601.

Our conclusion that we lack jurisdiction to review the BIA's determination that petitioners did not make out a prima facie case of hardship forecloses their contention that the BIA violated due process. *See id.* at 603–04.

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.